UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                ORDER
       v.                                   10-CR-005AKEITH

KEITH WALKER,

                      Defendant.

---

The court grants defendant's request for a stay to August 5, 2010 to report to the Bureau of Prisons to serve his sentence. The original date for surrender was July 27, 2010.

    SO ORDERED.

                                       *s/ Richard J. Arcara*
                                       HONORABLE RICHARD J. ARCARA
                                       UNITED STATES DISTRICT JUDGE

DATED: July 22, 2010